UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

In re: The Matter of
JAMES W. MOEN

                         **ORDER**
                    Miscellaneous File No. 10-11 (PJS)

_____

On February 24, 2010, the Court appointed Steven E. Rau, Esq., of Flynn Gaskins Bennet LLP, to act as counsel in this matter, pursuant to Local Rule 83.6(g)(3). The Court further ordered that Mr. Rau shall be reimbursed at his reasonable billing rate of $375.00 per hour for his work in this matter. This matter is now closed, and Mr. Rau's work is complete. The Court has reviewed his statement for services in connection with this matter and finds the requested fees and costs to be accurate and reasonable.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

The District of Minnesota shall pay Steven E. Rau $10,853.48 for his

services in this matter.

Dated:   May 17, 2010                                s/ Michael J. Davis
                                                     Michael J. Davis
                                                     Chief Judge
                                                     United States District Court